UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ANTHONY MILLS,

Plaintiff,

v.

ARLENE BLUTH,

Defendant.

No. 2:26-cv-00516-TLN-CSK

**ORDER**

Plaintiff, proceeding pro se, filed this action apparently seeking relief under 42 U.S.C. § 1985(3). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 9, 2026, the magistrate judge filed findings and recommendations (ECF No. 4), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.[1] (ECF No. 4). No party filed timely objections, and the time to do so has passed.

The Court presumes any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See*

[1] Though the docket shows service by mail of the findings and recommendations was returned as not deliverable as addressed, under Local Rule 182(f), pro se parties are under a continuing duty to notify the Clerk of any change of address, and absent such notice, service to the address of record is deemed fully effective.

*Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed July 9, 2026 (ECF No. 4) are ADOPTED in full;

2. Plaintiff's action is DISMISSED; and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

DATE: October 15, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE